UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>Richard George Melfi,<br>And attached list of cases<br><br>Debtor. | Case No. 18-03984<br><br>Chapter 13<br><br>Honorable Judge Pamela S. Hollis |

**AGREED SUBSTITUTION OF ATTORNEY**

PLEASE BE ADVISED THAT PURSUANT TO LOCAL RULE 2091-1 AND BY AGREEMENT OF PARTIES, ATTORNEY ZHIQI WU currently with Heavner, Beyers & Mihlar, LLC hereby agrees that ATTORNEY HEATHER M. GIANNINO of Heavner, Beyers & Mihlar, LLC hereby substitutes in and appears as counsel for various Creditors in the case above and in the attached list of cases and ZHIQI WU currently of Heavner, Beyers & Mihlar, LLC withdraws her appearance from the case above and in the attached list of cases and the parties agree as follows:

| COUNSEL SUBSTITUTING<br>AND APPEARING:<br>Heather M. Giannino<br>HEAVNER, BEYERS & MIHLAR, LLC<br>Attorneys at Law<br>P.O. Box 740<br>Decatur, IL 62525<br>Email: bkdept@hsbattys.com<br>Telephone: (217) 422-1719<br>Facsimile: (217) 422-1754 | COUNSEL WITHDRAWING<br><br>Zhiqi Wu<br>HEAVNER, BEYERS & MIHLAR, LLC<br>Attorneys at Law<br>P.O. Box 740<br>Decatur, IL 62525<br>Email: bkdept@hsbattys.com<br>Telephone: (217) 422-1719<br>Telephone: (217) 422-1719 |

1

**\*\*THIS IS A SUBSTITUTION AND APPEARANCE OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL ON THE ABOVE CAPTIONED CASE AND THE LIST OF ATTACHED CASES. \*\***

**AGREED TO BY BOTH PARTIES:**

  */s/ Heather M. Giannino*                   */s/ Zhiqi Wu*
     Heather M. Giannino                          Zhiqi Wu

Dated: December 19, 2018                    Respectfully Submitted,

                                             */s/ Heather M. Giannino*
                                                Heather M. Giannino
                                                Counsel for Creditor

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
ZHIQI WU (#6324870)
CHERYL CONSIDINE (#6242779)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754

2

### LIST OF CASES IN WHICH HEATHER M. GIANNINO IS SUBSTITUTING FOR ZHIQI WUAND FOR WHICH ZHIQI WU IS WITHDRAWING AS COUNSEL

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| Wu, Zhiqi (aty) | 18-03984 | Richard George Melfi | 13 | 2/14/2018 | N / A | N / A |
| | 18-04017 | Jennifer M Smith | 13 | 2/14/2018 | N / A | N / A |
| | 18-04047 | Christopher Rosales | 13 | 2/14/2018 | N / A | N / A |
| | 18-04142 | Matthew J Maicach and Crystal L Maicach | 13 | 2/15/2018 | N / A | N / A |
| | 18-04475 | Pedro C Zaragoza | 13 | 2/20/2018 | N / A | N / A |
| | 18-04503 | Sandra M Jones | 13 | 2/20/2018 | N / A | N / A |
| | 18-04555 | Lashawn D Greer | 13 | 2/20/2018 | N / A | N / A |
| | 18-04626 | Beverly A Gaines | 13 | 2/21/2018 | N / A | N / A |
| | 18-04746 | Alonzo Aldrete | 13 | 2/21/2018 | N / A | N / A |
| | 18-05262 | Antoine Smedley | 13 | 2/26/2018 | N / A | N / A |
| | 18-05296 | Adrienne T Combs | 13 | 2/26/2018 | N / A | N / A |
| | 18-05829 | Robin Y. Boyd | 13 | 2/28/2018 | N / A | N / A |
| | 18-05972 | Carl Hamilton | 13 | 3/1/2018 | N / A | N / A |
| | 18-06458 | Andrew B. Gass and Asta Gass | 7 | 3/6/2018 | N / A | N / A |
| | 18-06616 | Dominique D Childs | 13 | 3/7/2018 | N / A | N / A |
| | 18-06619 | Renee Louise Ryle | 13 | 3/7/2018 | N / A | N / A |
| | 18-06914 | Paul Coley and Raquel Coley | 13 | 3/9/2018 | N / A | N / A |
| | 18-07166 | James Harvey | 13 | 3/13/2018 | N / A | N / A |
| | 18-07352 | Terry Gene Mclaughlin and Diana Kay Mclaughlin | 13 | 3/14/2018 | N / A | N / A |
| | 18-07556 | Rosetta Russell-Elliott | 13 | 3/15/2018 | N / A | N / A |
| | 18-07859 | Tina M Dudley | 13 | 3/19/2018 | N / A | N / A |
| | 18-07897 | Tyanna Qualls | 13 | 3/19/2018 | N / A | N / A |
| | 18-08250 | Ron S Fladhammer and Kimberly A Fladhammer | 13 | 3/21/2018 | N / A | N / A |
| | 18-08817 | Shirley Jean Moore | 13 | 3/27/2018 | N / A | N / A |
| | 18-09474 | Ashok R Soni and Minaxi J Soni | 7 | 3/30/2018 | N / A | N / A |
| | 18-09487 | Robert Dixon | 13 | 3/30/2018 | N / A | N / A |
| | 18-09516 | Kenneth Vu | 13 | 3/30/2018 | N / A | N / A |
| | 18-09653 | Florence Anne Davis | 13 | 4/2/2018 | N / A | N / A |
| | 18-10244 | Michael J. Milano | 13 | 4/9/2018 | N / A | N / A |
| | 18-10318 | Donna Miles and Wayne Miles | 13 | 4/9/2018 | N / A | N / A |
| | 18-10419 | Morris Cannon, Jr. | 13 | 4/10/2018 | N / A | N / A |
| | 18-10622 | Dwayne M Mangrum | 13 | 4/11/2018 | N / A | N / A |
| | 18-10902 | Jesus Cruz and Anna Emir Cruz | 13 | 4/13/2018 | N / A | N / A |
| | 18-10907 | Jacqueline M Flynn | 13 | 4/13/2018 | N / A | N / A |
| | 18-11029 | Senad Spahic and Vildana Spahic | 13 | 4/16/2018 | N / A | N / A |
| | 18-11088 | Michele Alvear | 13 | 4/16/2018 | N / A | N / A |
| | 18-11306 | William L. Kabaker | 13 | 4/18/2018 | N / A | N / A |
| | 18-11426 | Euthia Ann Lee | 13 | 4/19/2018 | N / A | N / A |
| | 18-11439 | Cheryl Denise Morris-Shaw | 13 | 4/19/2018 | N / A | N / A |
| | 18-11554 | Nancy Smith | 13 | 4/20/2018 | N / A | N / A |
| | 18-11721 | Charles Randall Chube | 13 | 4/21/2018 | N / A | N / A |
| | 18-11776 | Zaneta Kotaskova | 13 | 4/23/2018 | N / A | N / A |
| | 18-11843 | Brenda J. Roberts | 13 | 4/23/2018 | N / A | N / A |
| | 18-12060 | Edgar A. Esquivel | 13 | 4/25/2018 | N / A | N / A |
| | 18-12128 | Michael Tomasovich | 13 | 4/25/2018 | N / A | N / A |
| | 18-12218 | George Brian Schade | 13 | 4/26/2018 | N / A | N / A |
| | 18-12587 | Thomas C. Chirillo | 13 | 4/30/2018 | N / A | N / A |
| | 18-12652 | Timothy Ragland and Sharon Ragland | 13 | 4/30/2018 | N / A | N / A |
| | 18-12658 | B&E Aquatics, Inc. | 7 | 4/30/2018 | N / A | N / A |
| | 18-12756 | Julie Y Kao | 13 | 4/30/2018 | N / A | N / A |
| | 18-12991 | Mae Mann | 13 | 5/3/2018 | N / A | N / A |
| | 18-13144 | Gussie D Hickman | 13 | 5/4/2018 | N / A | N / A |
| | 18-13379 | Gloria J Woods | 13 | 5/7/2018 | N / A | N / A |
| | 18-13632 | Milton B Lemke, Jr. | 13 | 5/9/2018 | N / A | N / A |
| | 18-13935 | Eugene Hobbs | 13 | 5/12/2018 | N / A | N / A |
| | 18-14049 | Darren Blake and Barbara Ann Smith | 13 | 5/14/2018 | N / A | N / A |
| | 18-14076 | Roosevelt S Holmes, III | 13 | 5/15/2018 | N / A | N / A |
| | 18-14330 | Terrence J Williams, Sr. | 13 | 5/16/2018 | N / A | N / A |
| | 18-14543 | Linda Roser | 13 | 5/18/2018 | N / A | N / A |
| | 18-14670 | Miguel Angel Granados | 13 | 5/21/2018 | N / A | N / A |
| | 18-14749 | Jacob Wells | 13 | 5/22/2018 | N / A | N / A |
| | 18-14922 | Eunice L Larry | 13 | 5/23/2018 | N / A | N / A |
| | 18-15016 | Peggy Cheryl Burton | 13 | 5/23/2018 | N / A | N / A |
| | 18-15162 | Jewel B Lockhart | 7 | 5/25/2018 | N / A | N / A |
| | 18-15327 | Joseph Dickson | 13 | 5/29/2018 | N / A | N / A |
| | 18-15374 | Julio Zamudio | 13 | 5/29/2018 | N / A | N / A |
| | 18-15419 | Bridgette F Walker | 13 | 5/29/2018 | N / A | N / A |
| | 18-15594 | Ricardo A. Apacionado, Jr. and Rosario C. Apacionado | 13 | 5/30/2018 | N / A | N / A |
| | 18-15602 | Linda R. Johnson | 13 | 5/30/2018 | N / A | N / A |
| | 18-15898 | Brian E Wojtanowski and Katie L Wojtanowski | 13 | 6/1/2018 | N / A | N / A |