**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| RE: DARREN BLAKE<br>    BARBARA ANN SMITH<br><br>    Debtors | ) Case No. 18 B 14049<br>)<br>) Chapter 13<br>)<br>) Judge: JACK B SCHMETTERER |

## NOTICE OF MOTION

DARREN BLAKE  
BARBARA ANN SMITH  
1122 N DALE AVE #2J  
ARLINGTON HEIGHTS, IL  60004

CUTLER & ASSOC  
via Clerk's ECF noticing procedures

Please take notice that on October 23, 2019 at 10:00 am my designee or I will appear before the Honorable Judge JACK B SCHMETTERER at 219 South Dearborn Courtroom 682, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the person(s) named above by U.S. mail at  55 E Monroe St., Chicago, Il 60603 or by the methods indicated on September 20, 2019.

                                                                                /s/ Tom Vaughn

## TRUSTEE'S MOTION TO OBJECT TO DISCHARGE

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to enter an order determining that debtor is not entitled to a discharge, stating as follows:

1. Debtor (s) filed the above-captioned Chapter 13 case on May 14, 2018.

2. The debtor(s) filed a previous Chapter 7 case, # 14-35689 filed on Sep 30, 2014, discharge having been issued on Jan 21, 2015.

3. Pursuant to 11 U.S.C. § 1328 (f), "the court shall not grant a discharge of all debts provided for in the plan or disallowed under section 502, if the debtor received a discharge--
   (1) in a case filed under chapter 7,11, or 12 of this title during the 4-year period preceding the date of the order for relief under this chapter, or
   (2) in a case filed under chapter 13 of this title during the 2-year period preceding the date of such order."

WHEREFORE Trustee prays that the Court enter an order that the debtor or debtors are not entitled to a discharge.

                                                                   Respectfully submitted,

TOM VAUGHN                                                  /s/ Tom Vaughn  
CHAPTER 13 TRUSTEE  
55 E. Monroe Street, Suite 3850  
Chicago, IL 60603  
(312) 294-5900