UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 18-14049
DARREN BLAKE )
BARBARA ANN SMITH ) Chapter: 13
) Honorable Jack Schmetterer
)
)
)
Debtor(s) )

# ORDER DETERMINING THAT DEBTOR IS NOT ENTITLED TO DISCHARGE

This matter coming before the court on the motion of Tom Vaughn, Chapter 13 Trustee, to determine that debtor is not entitled to a discharge, proper notice having been given, and the court being fully advised in the premises.

It is hereby ordered, that pursuant to 11 U.S.C. § 1328 (f), the following debtor or debtors are not entitled to a discharge in this case:

DARREN BLAKE
BARBARA ANN SMITH

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: October 23, 2019

**Prepared by:**

Tom Vaughn
Chapter 13 Trustee
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900